No. 26. Hon. S. Mestre, Attorney General, Promovente, *v.* Corte de Distrito de San Juan, Primer Distrito, Hon. Charles E. Foote, Juez, y Arrillaga, Fiscal, Demandados.—Auto inhibitorio. Resuelto en julio 13, 1922. Visto lo resuelto en esta fecha en el caso de certiorari No. 371 de El Pueblo y Hon. S. Mestre, Attorney General *v.* La Corte de Distrito, se anula por innecesario el auto.